IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY CAFRO,** | : | *Electronically Filed* |
| *Plaintiff,* | : | |
| v. | : | Case No.: 2:25-cv-00343-MJH |
| **JEFFERSON CAPITAL SYSTEMS, LLC,** | : | Judge Marilyn J. Horan |
| *Defendant.* | : | |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

On behalf of the Plaintiff, Anthony Cafro, and Defendant, Jefferson Capital Systems, LLC, both parties' and counsel consent to dismissal of the above matter. Both parties consent to being responsible for their own tax consequences and bear their own fees and costs. Please kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii).

Dated: May 6, 2025

| | |
|---|---|
| **J.P. WARD & ASSOCIATES, LLC:** | **SESSIONS, ISRAEL & SHARTLE, LLC:** |
| /s/ Joshua P. Ward | /s/Aaron R. Easley |
| Joshua P. Ward, Esquire | Aaron R. Easley, Esquire |
| 201 S. Highland Ave., Ste 201 | 3 Cross Creek Drive |
| Pittsburgh, PA 15206 | Flemington, NJ 08822 |
| (412) 454-3016 | (908) 237-1660 |
| info@jpward.com | aeasley@sessions.legal |
| PA ID # 320347 | PA ID # 73683 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

It is so ordered this 7th day of May 2025:

_____
Marilyn J. Horan
United States District Judge